1
2
3
4
5
6
7
8                   **IN THE UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   MONROE WALTER BURNS,                    CASE NO. CV-F-04-6409 OWW DLB HC
12                   Petitioner,             ORDER DIRECTING CLERK OF COURT
                                             TO SERVE COURTESY COPY OF
13        vs.                                PETITIONER'S RESPONSE TO ORDER
                                             TO SHOW CAUSE AND DIRECTING
14   A.P. KANE, Warden,                      RESPONDENT TO FILE RESPONSE
15                   Respondent.
16   _____/
17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant
18   to 28 U.S.C. § 2254.
19
20   Petitioner filed the instant federal petition on October 18, 2004, raising nine claims for relief.  On
21   December 20, 2004, Respondent filed a motion to dismiss.  Petitioner filed an opposition on January 4,
22   2005.
23        On January 14, 2005, the Court issued Findings and Recommendations that Respondent's
24   motion to dismiss be granted.  Specifically, the Court found that part of Ground One and Ground Three
25   
26   of the petition were not exhausted.
27        On February 11, 2005, Petitioner filed objections to the Findings and Recommendations.  In the
28

                                        1

objections, Petitioner requests that the Court hold the petition in abeyance while he exhausts the unexhausted claims in state court.

On April 29, 2005, the Court issued an Order to Show Cause why the motion for abeyance should be granted in light of <u>Rhines v. Weber,</u> 125 S.Ct. 1528 (2005).  Petitioner filed a response on May 26, 2005.  Petitioner did not however serve a copy of his response on opposing counsel.  Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must be served on the opposing party</u>.  Local Rule 5-135(b); Fed.R.Civ.P. 5.  The Court will this one instance serve a courtesy copy on opposing counsel.  However, this is a one-time exception and Petitioner's future failure to serve the opposing party will result in the document being stricken from the record.

Based on the foregoing, it is HEREBY ORDERED that:

1.      The Clerk of Court shall serve a courtesy copy of Petitioner's May 26, 2005, response to the Court's order to show cause on opposing counsel; and

2.      Within twenty (20) days from the date of serve, Respondent shall file an opposition or statement of non-opposition pursuant to Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:    July 12, 2005**                              **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE

2