UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE WALTER BURNS,           )<br>                               )<br>            Petitioner,     )<br>                               )<br>v.                             )<br>                               )<br>A.P. KANE, Warden,             )<br>                               )<br>            Respondent.     )<br>_____) | 1:04-cv-06409-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17)<br><br>**ORDER DENYING REQUEST TO STAY PETITION FOR WRIT OF HABEAS CORPUS** (Doc. 15) |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 27, 2005, the Magistrate Judge filed Findings and Recommendations that Petitioner's request to stay the Petition for Writ of Habeas Corpus be DENIED.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On August 25, 2005, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

1

1 objections, the Court concludes that the Magistrate Judge's
2 Findings and Recommendations are supported by the record and proper
3 analysis.  Petitioner's objections present no grounds for
4 questioning the Magistrate Judge's analysis.
5     Accordingly, IT IS HEREBY ORDERED that:
6     1.   The Findings and Recommendations, filed July 27, 2005,
7 are ADOPTED IN FULL;
8     2.   Petitioner's request to stay the Petition for Writ of
9 Habeas Corpus, filed July 25, 2005, is DENIED; and,
10     3.   The action is referred back to the Magistrate Judge for
11 further proceedings.
12 IT IS SO ORDERED.
13 **Dated:   September 1, 2005**               **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE