IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE WALTER BURNS, | CASE NO. CV-F-04-6409 OWW DLB HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO INFORM COURT OF HIS INTENT TO WITHDRAW THE UNEXHAUSTED CLAIMS |
| vs. | |
| A.P. KANE, Warden, | [Doc. 10] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on October 18, 2004. Respondent filed a motion to dismiss the petition as a "mixed" petition on December 20, 2004. On January 14, 2005, the Court issued Findings and Recommendations recommending that Respondent's motion to dismiss be granted.[1] On February 11, 2005, Petitioner filed objections to the Findings and Recommendations requesting that the Court hold the petition in abeyance while he exhausted the unexhausted claims at the state court. On April 29, 2005, the Court issued an order to show cause why the stay should be granted. Petitioner filed a response on May 26, 2005, and Respondent filed a response on July 25, 2005. On July 27, 2005, the Court issued Findings and Recommendations

---

[1] Specifically, the Court found that part of Ground One and Ground Three were unexhausted. (Court Doc. 10.)

1

1 recommending that Petitioner's request for a stay be denied.  Petitioner filed objections on August 25, 2005.  The Findings and Recommendations were adopted in full on September 2, 2005, and Petitioner's request for a stay was denied.

Accordingly, within **twenty (20)** days from the date of service of this order, Petitioner shall inform the Court of his intent to either file a motion to withdraw the unexhausted claims or an amended petition deleting the unexhausted claims as an alternative to suffering dismissal of the action.  If no response is received by the Court within twenty days from the date of service, the Court will submit the Findings and Recommendations of January 14, 2005 to the District Court for resolution.

IT IS SO ORDERED.

Dated:   **September 15, 2005**              **/s/ Dennis L. Beck**
3b142a                                        UNITED STATES MAGISTRATE JUDGE