# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE WALTER BURNS, | CASE NO. CV-F-04-6409 OWW DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR COPY OF TRANSCRIPTS, WITHOUT PREJUDICE |
| vs. | |
| A.P. KANE, Warden, | [Doc. 35] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Petitioner's motion for a copy of the preliminary transcripts in his 1991 San Mateo County conviction. Respondent filed an opposition on March 9, 2006, arguing that the transcripts are not relevant to any of Petitioner's claims. Petitioner filed a reply on March 27, 2006. Petitioner presently requests that the Court order a transcript of the preliminary hearing in that case pursuant to Rule 5 of the Rules Governing Section 2254 cases, in order to demonstrate that the trial court used both prior convictions to illicitly and unethically enhance the petitioner's present conviction under California's 'THREE STRIKE' legislation. . . ." (Motion, at 3 ¶ 8.)

Because the Court has yet to review the merits of the instant petition, the Court cannot determine at this juncture whether a copy of the transcript from Petitioner's 1991 prior convictions is necessary for

1 resolution of any of the claims raised in the instant petition.[1] Therefore, Petitioner's request is DENIED,
2 without prejudice.  Following a thorough review of the instant petition, should the Court feel that a copy
3 of the transcripts from Petitioner's 1991 conviction is necessary, the Court will issue such an order at
4 that time.

6    IT IS SO ORDERED.

7    Dated:    April 6, 2006              /s/ Dennis L. Beck
  3b142a                             UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is advised that the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.