IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE WALTER BURNS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>A.P. KANE, Warden,<br><br>　　　　　Respondent.<br>_____/ | CASE NO. CV-F-04-6409 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL ANSWER TO PETITIONER'S AMENDED PETITION<br><br>[Doc. 42] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 6, 2006, Respondent filed an answer to the instant petition. Petitioner filed a traverse on March 9, 2006.

On April 7, 2006, the Court granted Petitioner permission to file an amended petition, incorporating the newly exhausted claims. (Court Doc. 40.) Petitioner filed the amended petition on May 10, 2006.

Pursuant to this Court's April 7, 2006, order, Respondent is directed to file a supplemental answer to Petitioner's amended petition. Respondent is advised that he need only respond to the newly exhausted claims raised in the amended petition.

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Respondent shall file an answer to the amended petition; and

2. Within thirty (30) days from the date Respondent files his supplemental answer, Petitioner may file a supplemental traverse.

IT IS SO ORDERED.

Dated:   May 19, 2006                         /s/ Dennis L. Beck
3b142a                                    UNITED STATES MAGISTRATE JUDGE